ACCEPTED
01-14-00845-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/2/2015 10:18:33 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-14-00845-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/2/2015 10:18:33 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS FOR THE FIRST

## JUDICIAL DISTRICT OF TEXAS AT HOUSTON

## DAVID LANCASTER,

## APPELLANT

## V.

## BARBARA LANCASTER,

## APPELLEE

### On Appeal from the 247th Judicial District Court

### Harris County, Texas | Cause No. 2013-05066

### OPPOSITION TO MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

Appellee Barbara Lancaster's "Motion for Extension of Time to File Appellee's Brief" should be denied because Appellee has failed to reasonably explain the need for an extension under Texas Rule Appellate procedure 10.5 (b) (1) (C).

Appellee offers absolutely no explanation for their failure to show an appropriate level of diligence in submission of Appellee's brief on Appellants issues which they had available to them along with a complete trial court record for a full month before time for filing their brief. Asserting only "Attorney for Appellee needs additional time to prepare a response and to complete her review of the record and the voluminous brief…" Nor does appellee offer any reasoning for the last minute motion and delay. Appellee was aware of her briefs progress days and weeks ago yet did nothing to notify the 1st Court of Appeals or Appellant until close of business on the day brief was due.

Although Appellant received an email on February 25th 2015 from an unknown attorney as copy and paste below;

Janice L. Berg <janice@janiceberglaw.com>

Feb 25 (5 days ago) to me, Mary

Mr. Lancaster:

I am working with Mary Quinn's office to prepare the Appellee's Brief in No. 01-14-00845-CV, David Lancaster v. Barbara Lancaster in the First Court of Appeals. I will be seeking a 30-day extension to file our brief. I am writing to see if you are opposed to this motion.

Thanks,

Janice Berg

Sent from my iPhone

To Which Appellant replied;

David Lancaster <david.lancaster50@gmail.com>

Feb 25 (5 days ago) to Janice

Ms. Berg,

Because you have not stated nor can I imagine any defensible scenario requiring another delay. I am opposed to any such delay.

Please do not hesitate to relay to me any specifics if you feel there is any benefit in doing so.

Thank You,

David Lancaster

_____

The two attorneys with over 40 years combined experience and a full support staffs offer no excuse for their failure to address issues presented as early as April 11, 2014 in trial court by way of Motion for Summary Judgment, Brief and again in Request for Specified Findings and Conclusions and finally by Appeal Brief.

Further, the great weight of Appellants issues are set forth as Matter of Law that were undisputed by Appellee in trial court. Appellant Pro Se has made a prima fascia showing by uncontroverted exhibition of facts that he is entitled to judgment in his favor. Which if it were at all, would be easily repudiated by such venerated members of the Texas Bar.

As recognized by Appellees attorney Mary Quinn at ;

http://www.maryquinnlaw.com/Family-Law-Overview/Protective-Orders.shtml

"dealing with abuse is obviously immensely serious, a false allegation can significantly affect your ability to enter your home, to see your children or to own a firearm. It can also present serious vocational issues."

Appellee's request of a full month of extra time is unjustifiable and unnecessary and will only serve to continue to delay the restoration of appellants constitutionally guaranteed interest in his own good name and other such rights afforded under the constitution of the United States and of Texas. Additionally these rights have been denied Appellant for over 5 years since August 21st 2009 and continue to present "serious vocational issues" in Appellants business and employment.

## PRAYER

Appellant pray Appellee's MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF be DENIED and that Appellee be ordered to submit her brief forthwith.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on all

parties or counsel in accordance with the Texas Rules of Appellate Procedure on

March 2, 2015          /s/ *David Lancaster*

David Lancaster

Respectfully submitted,

David Lancaster

Pro se

PO Box 722

Gray, La. 70359

David.lancaster50@gmail.com

502-693-8011